IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 14-cv-03073-CBS     Date: March 2, 2015
Courtroom Deputy: Amanda Montoya  FTR – Reporter Deck-Courtroom A402

*Parties:*                        *Counsel:*

JACK BAHR,                        Galvin Kennedy

Plaintiff,

v.

MESA PRODUCTION, LLC,             Brett Painter

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  TELEPHONIC RULE 16(b) SCHEDULING CONFERENCE**
**Court in session: 10:46 a.m.**
Court calls case.  Appearances of counsel.

Parties have submitted the Pilot Program Consent form and have not consented.  The court orders the Clerk's Office to draw this case to a district judge.

Parties have held a Rule 26(f) meeting and Rule 26(a) disclosures have been fulfilled.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Deadline for filing amended complaint: **March 16, 2015**
Each side shall be limited to **10** depositions, **including** experts.
Each side shall be limited to **25** interrogatories, **25** requests for production, and **25** requests for admission.
Discovery Cut-off: **September 19, 2015**
Dispositive Motions Deadline: **October 21, 2015**
Parties shall designate affirmative experts **on or before: June 19, 2015**
Parties shall designate rebuttal experts **on or before: July 20, 2015**

Interrogatories, requests for Production of Documents and Requests for Admissions shall be served **no later than THIRTY THREE DAYS** prior to close of discovery.

**Counsel may not file any OPPOSED discovery motions without leave of court.  Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues.  If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection.  The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.**

Once the case has been drawn to a district judge, a Final Pretrial Conference will be set if needed.

Mr. Kennedy makes oral motion to withdraw *Plaintiff's MOTION [13] to Strike Defendants' Defenses*.

**ORDERED:**   Mr. Kennedy's oral motion is **GRANTED** and *MOTION [13] to Strike* is **WITHDRAWN.**

A formal scheduling order will not be entered.  This minute order shall act as the scheduling order.

Hearing concluded.

**Court in recess: 10:59 a.m.**
Total time in court:     00:13

To order transcripts of hearings please contact Avery Woods Reporting at (303) 825-6119.