IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03073-RBJ-CBS

JACK BAHR, Individually and On Behalf of All Others Similarly Situated,

    Plaintiff,

v.

MESA PRODUCTION, LLC,
SCOTT HUSKEY, and
CHARLIE SCHMIDT,

    Defendants.

## STIPULATION OF DISMISSAL

Pursuant to Fed. R.Civ. P. 41(a)(1)(A)(ii), Plaintiff Jack Bahr, individually and on behalf of all others similarly situated, and Defendants Mesa Production LLC, Scott Huskey, and Charlie Schmidt hereby stipulate and agree that they have resolved all claims asserted in this case and that this action should be dismissed, with prejudice, each party to pay his or its costs and with attorneys' fees to be paid in accordance with the parties' agreement.

Dated:  July 15, 2016.

      *s/* ***Galvin B. Kennedy***
Galvin B. Kennedy
Udyogi Apeksha Hangawatte
Kennedy Hodges, L.L.P.
711 W. Alabama Street
Houston, TX 77006
Telephone:  (713) 523-0001
Facsimile: (713) 523-1116
Email: gkennedy@kennedyhodges.com
      uhangawatte@kennedyhodges.com

Attorneys for Plaintiff Jack Bahr


      *s/* ***Brett C. Painter***
Brett C. Painter
Nathalie A. Bleuzé
DAVIS GRAHAM & STUBBS LLP
1550 Seventeenth St., Suite 500
Denver, Colorado 80202
Telephone:  (303) 892-9400
Facsimile: (303) 893-1379
Email: brett.painter@dgslaw.com
      nathalie.bleuze@dgslaw.com

Attorneys for Defendants
Mesa Production, LLC, Scott Huskey, and
Charlie Schmidt